

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2014

No. 04-12-00739-CR

Jose Guadalupe **MARTINEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2010-1132-DR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa (Not Participating)

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. The motion for rehearing is due December 31, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court